**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

**JOSHUA A. RODRIGUEZ,**

Plaintiff,

v.

**COMMISSIONER OF SOCIAL SECURITY,**

Defendant.

CASE NO. 3:25 CV 2518

JUDGE JAMES R. KNEPP II

**MEMORANDUM OPINION AND ORDER**

Plaintiff Joshua Rodriguez seeks judicial review of an adverse social security decision under 42 U.S.C. § 405(g). This case was referred to Magistrate Judge Amanda M. Knapp for a Report and Recommendation ("R&R") under Local Civil Rule 72.2(b)(1). Judge Knapp recommends this Court vacate the Commissioner's final decision and remand this case for further proceedings. (Doc. 10).

Under the relevant statute:

> Within fourteen days after being served with a copy [of a Magistrate Judge's R&R], any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b)(2). The failure to file timely written objections to a Magistrate Judge's R&R constitutes a waiver of *de novo* review by the district court of any issues covered in the R&R. *Thomas v. Arn*, 728 F.2d 813, 814-15 (6th Cir. 1984) (citing *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981)).

In this case, the fourteen-day time period has passed, and no objections have been filed.

Despite the lack of objections, the Court has reviewed Judge Knapp's R&R, and agrees with the findings and recommendation therein. Therefore, the Court ADOPTS Judge Knapp's R&R (Doc. 10) as the Order of this Court. The Court VACATES the Commissioner's final decision and REMANDS the case for further proceedings consistent with the R&R. Specifically:

> On remand, the ALJ should clearly articulate the rationale supporting her Step Three findings, specifically including a finding as to whether Mr. Rodriguez's migraine headaches medically equaled a listing, and should ensure that those findings are supported by substantial evidence.

*Id.* at 22.

IT IS SO ORDERED.

s/ *James R. Knepp II*
UNITED STATES DISTRICT JUDGE

Dated: November 23, 2026